# EXHIBIT A



HUGGIES® Pure & Natural Diapers – Panel 1



HUGGIES® Pure & Natural Diapers – Panel 2



HUGGIES® Pure & Natural Diapers – Panel 3



HUGGIES® Pure & Natural Diapers – Panel 4



HUGGIES® Pure & Natural Diapers – Panel 5



HUGGIES® Pure & Natural Diapers – Panel 6

HUGGIES® Pure & Natural Diapers – Panel 7



HUGGIES® Pure & Natural Diapers – Panel 8