UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

Date: December 5, 2013

Time in Court: 40 minutes (FTR 10:40-11:20)

JUDGE:  Jacqueline Scott Corley

Case Number: C13-3075 JSC

Case Name: Jou, et al. v Kimberly-Clark Corporation, et al.

Attorney (s) for Plaintiff: Kim Richman
Attorney (s) for Defendant: Geoffrey Ezgar; Timothy Scott

Deputy Clerk: Ada Means

PROCEEDINGS:

1) Defendant's motion to dismiss (dkt. no. 8)- Submitted

2) Initial case management conference - Held

ORDERED AFTER HEARING:

The matter was argued, submitted, and taken under submission.

The matter is continued to February 12, 2014 at 9:00 a.m. for a further case management conference. A joint case management conference statement shall be filed 7 days prior to the conference.

Order to be prepared by: [] Plaintiff     [] Defendant       [x] Court

Notes:

cc:

*Telephonic Appearance