REESE RICHMAN LLP
Michael R. Reese (State Bar No. 206773)
*mreese@reeserichman.com*
Kim E. Richman (admitted *pro hac vice*)
*krichman@reeserichman.com*
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiffs Dianna Jou and Jaynry Young*

[See Signature Page for Additional Counsel]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DIANNA JOU and JAYNRY YOUNG, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION; KIMBERLY-CLARK WORLDWIDE, INC.; KIMBERLY-CLARK GLOBAL SALES, LLC; and DOES 1-5.<br><br>Defendants. | Case No. 3:13-cv-03075-JSC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF JAYNRY YOUNG WITH PREJUDICE** |

STIPULATION OF VOLUNTARY DISMISSAL
OF PLAINTIFF JAYNRY YOUNG WITH PREJUDICE
*Jou v. Kimberly-Clark Corp.*, No. 3:13-cv-03075-JSC
1

1   Plaintiff Jaynry Young and defendants Kimberly-Clark Corporation; Kimberly-Clark
2   Worldwide, Inc.; and Kimberly-Clark Global Sales, LLC, the parties to the above-captioned
3   action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that
4   plaintiff Jaynry Young hereby does and shall voluntarily dismiss all of her claims in the above-
5   captioned action with prejudice.[1]

7   **IT IS SO STIPULATED.**

9   Date: July 31, 2014                    Respectfully submitted,

10                                         REESE RICHMAN LLP

11                                         /s/ Kim E. Richman
12                                         Kim E. Richman (admitted *pro hac vice*)
                                           krichman@reeserichman.com
13                                         Michael R. Reese (State Bar No. 206773)
                                           mreese@reeserichman.com
14                                         875 Avenue of the Americas, 18th Floor
15                                         New York, New York 10001
                                           Telephone: (212) 643-0500
16                                         Facsimile: (212) 253-4272

17
                                           FINKELSTEIN, BLANKINSHIP,
18                                         FREI-PEARSON & GARBER, LLP
                                           Todd S. Garber
19                                         tgarber@fbfglaw.com
20                                         1311 Mamaroneck Avenue, Suite 220
                                           White Plains, New York 10605
21                                         Telephone: (914) 298-3281

22                                         *Counsel for Plaintiffs Dianna Jou and Jaynry
23                                         Young and the Proposed Class*

---

[1] This Stipulation of Voluntary Dismissal of Plaintiff Jaynry Young with Prejudice has, and shall have, no effect on plaintiff Dianna Jou's claims in the above-captioned action. Plaintiff Dianna Jou does not dismiss her action against any of the above-named Defendants.

STIPULATION OF VOLUNTARY DISMISSAL
OF PLAINTIFF JAYNRY YOUNG WITH PREJUDICE
*Jou v. Kimberly-Clark Corp.*, No. 3:13-cv-03075-JSC
2

KING & SPALDING LLP

 /s/ Stephen B. Devereaux
Stephen B. Devereaux (GA Bar No. 219791)
(admitted *pro hac vice*)
*sdevereaux@kslaw.com*
Madison H. Kitchens (GA Bar No. 561653)
(admitted *pro hac vice*)
*mkitchens@kslaw.com*
1180 Peachtree Street Northeast
Atlanta, Georgia  30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Timothy T. Scott (State Bar No. 126971)
*tscott@kslaw.com*
Geoffrey M. Ezgar (State Bar No. 184243)
*gezgar@kslaw.com*
333 Twin Dolphin Drive, Suite 400
Redwood Shores, California  94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

*Counsel for Defendants Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc., and Kimberly-Clark Global Sales, LLC*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Kim E. Richman, hereby attest that concurrence in the filing of this document has been obtained from Stephen B. Devereaux, counsel for defendants Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc., and Kimberly-Clark Global Sales, LLC.

Date: July 31, 2014         /s/ Kim E. Richman
                             Kim E. Richman

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that on July 31, 2014, I caused the foregoing document to be electronically
3  filed with the Clerk of the Court using the CM/ECF system, which sent notification of the filing
4  to all counsel of record.

 _/s/ Kim E. Richman_
6  Kim E. Richman