UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA JOU,<br><br>         Plaintiff,<br><br>    v.<br><br>KIMBERLY-CLARK CORPORATION, et al.,<br><br>         Defendants. | Case No.  13-cv-03075-JSC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' Joint Case Management Conference Statement filed October 30, 2014, the case management conference scheduled for November 6, 2014 is VACATED.

**IT IS SO ORDERED**.

Dated: October 31, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge