THE RICHMAN LAW GROUP
Kim E. Richman (admitted *pro hac vice*)
*krichman@richmanlawgroup.com*
195 Plymouth Street
Brooklyn, New York 11201
Telephone: (212) 687-8291
Facsimile: (212) 687-8292

*Counsel for Plaintiff Dianna Jou*

[See Signature Page for Additional Counsel]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DIANNA JOU, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>KIMBERLY-CLARK CORPORATION; KIMBERLY-CLARK WORLDWIDE, INC.; KIMBERLY-CLARK GLOBAL SALES, LLC; and DOES 1-5.<br><br>Defendants. | Case No. 3:13-cv-03075-JSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Plaintiff Dianna Jou, by and through her undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Date: April 22, 2015

Respectfully submitted,

THE RICHMAN LAW GROUP

 /s/ Kim E. Richman
Kim E. Richman (admitted *pro hac vice*)
krichman@richmanlawgroup.com
195 Plymouth Street
Brooklyn, New York  11201
Telephone: (212) 687-8291
Facsimile: (212) 687-8292

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
Todd S. Garber
tgarber@fbfglaw.com
1311 Mamaroneck Avenue, Suite 220
White Plains, New York  10605
Telephone: (914) 298-3281
Facsimile: (845) 562-3492

THE MERIDIAN LAW FIRM
Jaimie Mak
jmak@meridianfirm.com
50 California Street
Suite 1500
San Francisco, CA 94111
Telephone:  (415) 306-0838

*Counsel for Plaintiff Dianna Jou and the Proposed Class*

KING & SPALDING LLP

/s/ Timothy T. Scott
Timothy T. Scott (State Bar No. 126971)
tscott@kslaw.com
Geoffrey M. Ezgar (State Bar No. 184243)
gezgar@kslaw.com
333 Twin Dolphin Drive, Suite 400
Redwood Shores, California 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

Stephen B. Devereaux (GA Bar No. 219791)
(admitted *pro hac vice*)
sdevereaux@kslaw.com
Madison H. Kitchens (GA Bar No. 561653)
(admitted *pro hac vice*)
mkitchens@kslaw.com
1180 Peachtree Street Northeast
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Counsel for Defendants Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc., and Kimberly-Clark Global Sales, LLC*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Kim E. Richman, hereby attest that concurrence in the filing of this document has been obtained from Timothy T. Scott, counsel for defendants Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc., and Kimberly-Clark Global Sales, LLC.

Date: April 22, 2015

/s/ Kim E. Richman
Kim E. Richman

*STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS*
*Jou v. Kimberly-Clark Corp.*, No. 3:13-cv-03075-JSC
3

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

                                    */s/ Kim E. Richman*
                                    Kim E. Richman